1551. MACON, DUBLIN & SAVANNAH RAILROAD COMPANY *v.*
FULLER & SON.

RUSSELL, J. The evidence did not require the jury to find that the statutory presumption of negligence, arising upon proof that the mule was killed by the cars of the railroad company, was rebutted so as to defeat the plaintiff's recovery. The issue was one of fact, peculiarly within the province of the jury, and it was not error to refuse a new trial.

*Judgment affirmed.*

Action for damages, from city court of Dublin—Judge Jordan presiding. November 3, 1908.

Argued January 27,—Decided July 31, 1909.

*Minter Wimberly, John S. Adams,* for plaintiff in error.

*James B. Sanders,* contra.